[No. 2872-1.   Division One.   December 29, 1975.]

CHARLOTTE ROBERTS, *Appellant*, v. VIRGINIA M. SCHOLL, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 758369, James J. Dore, J., entered February 27, 1974. *Affirmed* by unpublished opinion per Williams, C.J., concurred in by Farris and James, JJ.

[No. 3432-1.   Division One.   December 29, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. NANCY LEE TOLBERT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 69223, James J. Dore, J., entered October 22, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 3394-1.   Division One.   December 29, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. SYLVESTER RAYMOND GRUBA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 68930, Ward Roney, J., entered November 1, 1974. *Affirmed* by unpublished opinion per Williams, C.J., concurred in by Callow and Andersen, JJ.

[No. 3539-1.   Division One.   December 29, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. JOE NICHOLS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 68398, Frank H. Roberts, Jr., J., entered January 2, 1975. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Farris and James, JJ.